IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

MAERSK SEALAND,

   Plaintiff,

v.                                                                                  Civil Case No. CCB-02-3507

PIRAEUS INTERNATIONAL, INC., et al

   Defendants.

## AMENDED ORDER

FEB 1 0 2003

Plaintiff's Motion to Serve Defendants by Alternative Service, and the report and supplemental affidavit of Plaintiff's process server submitted therewith, having been read and considered, it is the 11 day of February, 2003, hereby

ORDERED, that service shall be made on Defendant, Piraeus International, Inc. by substituted service on the Maryland Department of Assessments and Taxation; and it is further

ORDERED, that service be made on Defendant, Nickolas A. Bouloubassis, by both mailing and posting a copy of the summons and complaint, together with this order, to his last known address at 7414 Longfield Drive, Kingsville, Maryland 21087, and it is further

ORDERED, that service be made on Defendant, Michael A. Bouloubassis, by mailing and posting a copy of the summons and complaint, together with this order, to his last known address at 10 Longbottom Road, Kingsville, Maryland 21087.

_____FILED   _____ENTERED
_____LOGGED  _____RECEIVED

FEB 1 1 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____
Judge, United States District Court