# GILL & SIPPEL
### ATTORNEYS AT LAW

---

JOSEPH D. GALLAGHER
THOMAS J. SIPPEL
JOHN G. GILL, JR.
CYNTHIA A. RAPOSO

THE B & O RAILROAD STATION
98 CHURCH STREET
ROCKVILLE, MARYLAND 20850
TELEPHONE (301) 251-9200
FAX (301) 762-6176

May 12, 2003

The Honorable Catherine C. Blake
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    Maersk Sealand v. Piraeus International, Inc., et al.
               <u>Civil No. CCB-02-3507 – Status Report</u>

Dear Judge Blake:

     I am writing in response to your Order of April 11, 2003 directing Plaintiff to move for default or explain why such a motion would be inappropriate.

     All three defendants were served on March 5, 2003. To date, Defendants have not filed an Answer or other response. Since service was achieved, however, Plaintiff has been in communication with Michael A. Bouloubassis, Vice President of Defendant, Piraeus International, Inc., regarding payment of the outstanding invoices that form the basis of the Complaint. Plaintiff is pleased to report that, to date, all but one of the outstanding invoices have been resolved or paid and the parties expect to resolve the remaining open invoice soon.

     In light of the current status of the matter, Plaintiff requests that the Court issue a 30-day Settlement Order pursuant to Local Rule 111. Plaintiff requests that the terms of this Order be as follows: (1) that the matter is settled and dismissed, each party to bear its own costs; (2) that the entry of the Order be without prejudice to the right of Plaintiff to reopen the matter within 30 days of the date of the entry of the Order in the event a full settlement is not achieved; and (3) that, if Plaintiff fails to reopen the case within the 30 day period, the dismissal be with prejudice.
     Thank you.

                                                          Very truly yours,

                                                          Cynthia Raposo

cc: Al Avallone, Esquire