1-638083

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MAERSK SEALAND,

Case No. CCB 02-03507

Plaintiff,

v.

NOTICE AND
ORDER OF DISMISSAL

PIRAEUS INTERNATIONAL, INC.,
NICKOLAS A. BOULOUBASSIS,
and MICHAEL BOULOUBASSIS,

Defendants.

-----------------------------------------------------x

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: Rockville, Maryland
September 4, 2003

GILL & SIPPEL

By _____
Cynthia Raposo, Esq.
Fed. Bar No. 06812
Attorney for Plaintiff
The B & 0 Railroad Station
98 Church Street
Rockville, Maryland 20850
(301) 251-9200

OF COUNSEL:
LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES
551 Fifth Avenue, #1701
New York, NY 10176

SO ORDERED:

_____
U.S.D.J.